UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------------------X

GREGORIO BOLANOS, on behalf of himself and others  :
similarly situated,

                                       Plaintiff,

       -against-

SZECHAUN TOKYO OF SEA GIRT CORP. d/b/a  :
SZECHUAN TOKYO, and TONG YONG ZHANG,  :

                                 Defendants.

-----------------------------------------------------------------------X

Case No. 18-CV-9773
(PGS) (TJB)

## ADDENDUM TO CONFIDENTIAL NEGOTIATED SETTLEMENT AGREEMENT AND GENERAL RELEASE

This Addendum is a supplement to the Confidential Negotiated Settlement Agreement and General Release (the "Settlement Agreement") entered into between Gregorio Bolanos (the "Plaintiff"), and Szechuan Tokyo of Sea Girt Corp. (the "Company"), and Tong Yong Zhang (collectively the "Defendants"), and fully executed as of November 19, 2018. Together Plaintiff and Defendants are referred to as the "Parties."

## RECITALS

A. WHEREAS, the Parties entered in the negotiated Settlement Agreement as of November 19, 2018; and

B. WHEREAS, the Parties submitted the Settlement Agreement to the Court for approval, as required by the Settlement Agreement; and;

C. WHEREAS, the Honorable Peter J. Sheridan, U.S.D.J. raised concerns regarding the scope of the mutual general releases contained in the Settlement Agreement; and

D. WHEREAS, the Parties have agreed to limit the scope of the mutual general releases, as set forth herein, without modifying any other term or provision of the Settlement Agrement.

    NOW, THEREFORE, for good and valuable consideration, the receipt of which is acknowledged hereby, and in consideration of the mutual covenants and undertakings set forth in the fully executed Settlement Agreement, the Parties agree as follows:

1



PLAINTIFF'S
EXHIBIT
2

1. **General Release of Claims.**

The mutual general releases set forth in paragraph 3 of the Settlement Agreement are hereby modified such that pursuant to the Settlement Agreement and this Addendum, Plaintiff and Defendants shall release only those claims related to or arising from Plaintiff's employment with Defendants. All other terms and provisions of the Settlement Agreement shall remain the same.

IN WITNESS THEREOF, each of the Parties hereto knowingly and voluntarily executed this Addendum to the Settlement Agreement as of the date set forth below:

Dated: 5/28 , 2019

Gregorio Bolanos

Dated: 5/28 , 2010

Cilenti & Cooper, PLLC,

By:

Name: Justin Cilenti

Title: Attorney

Dated: 5/29 , 2019

Tong Yong Zhang

Dated: 5/29 , 2019

Szechuan Tokyo of Sea Girt Corp.

By:

Name: Tong Tong zhang

Title: Owner

2