UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Gregorio Bolanos,<br><br>                  Plaintiff,<br><br>v.<br><br>Szechuan Tokyo of Sea Girt Corp., *et al.*,<br><br>                  Defendant. | Civil Action No.<br>3:18-cv-9773 (PGS) (TJB)<br><br>**ORDER** |

**SHERIDAN, U.S.D.J.**

      This matter comes before the Court on a joint motion filed by the parties to approve a settlement of a Fair Labor Standards Act (FLSA) action. (ECF No. 21). Plaintiff filed a copy of the settlement agreement on February 20, 2019. (ECF No. 22). Pursuant to the Court's direction, on May 30, 2019, the parties filed a signed addendum to the settlement agreement. (ECF No. 28). The Court has considered those agreements, the written submissions of the parties, and heard the live testimony of Plaintiff on May 28, 2019. Accordingly, for the reasons stated on the record on May 28, 2019, and for good cause shown;

      **IT IS** on this 30 day of May, 2019;

      **ORDERED** that the joint motion to approve a settlement of this FLSA action (ECF No. 21) is granted; and it is further

      **ORDERED** that the clerk is directed to close this action.

                                                                     _____
                                                                     PETER G. SHERIDAN, U.S.D.J.